UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MEGHAN CONLEY, )
)
     Plaintiff, )
)
v. )    Case No.: 3:23-CV-128-TAV-JEM
)
U.S. IMMIGRATION AND CUSTOMS )
ENFORCEMENT, )
)
     Defendant. )

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the United States on behalf of its agency the U.S. Immigration and Customs Enforcement ("ICE"), by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves the Court for an Order dismissing Plaintiff's Complaint and all claims asserted therein with prejudice. ICE avers that there are no genuine issues of material fact and that it is entitled to summary judgment as a matter of law. In support, ICE states that it has provided full and complete responses to Plaintiff's Freedom of Information Act request and, as a result, Plaintiff has obtained all the relief that she seeks in her Complaint. Thus, there is no longer a live controversy for the Court to adjudicate and the case is now moot. A memorandum of law and accompanying exhibits and declaration in support of the instant motion are filed contemporaneously herewith.

Therefore, the United States respectfully requests that the Court grant this Motion and enter an Order for Summary Judgment in favor of ICE dismissing Plaintiff's action against it with full prejudice and any additional relief that it is entitled to and that the Court deems just and appropriate.

Respectfully submitted,

FRANCIS M. HAMILTON
United States Attorney

By:  /s/ Nicole A. Gross
Nicole A. Gross (VA Bar No. 93038)
Leah W. McClanahan (BPR No. 27603)
Assistant United States Attorneys
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Nikki.Gross@usdoj.gov
Leah.McClanahan@usdoj.gov
(865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, a copy of the foregoing Motion for Summary Judgment was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Nicole A. Gross
Nicole A. Gross
Assistant United States Attorney