UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MEGHAN CONLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:23-CV-128-TAV-JEM ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, defendant's motion for summary judgment [Doc. 23] is **GRANTED** and plaintiff's motion [Doc. 18] is **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT